

The united States District Court for the Middle District of East Floride Territory

Tampa Division

3 Case Number: 8:20 cv 574 T30 c PT

DARRYL L. WILLIAMS©                                          3

[Plaintiff]                                          3    Trial by Jury

---------------------------------------------------------------3    at a Court of Records

Social Security Administration:                3    Demand for Speedy trial
Andrew Saul;                                          3
Nancy A. Berryhill in her private capacity    3
Dishonored [Defendant]                       3

**Grievances for violation of Constitutional Rights;   International Covenant on Civil and Political Right(s) and Treaty Law**

## I. The parties to this grievance

A. The  plaintiff:

**DARRYL L. WILLIAMS©**
**Authorized Representative: Loraye Blackeagle: Moorish American National**
C/O 1515 10th Avenue East
Palmetto, Floride Republic
Near [RFD 34221]
Non-Domestic/Non-Assumpsit
Manatee County
941-237-7151

B. The Defendant(s):

**Andrew Saul**
Office of the Commissioner
Social Security Administration
6401 Security Blvd.
Baltimore, Maryland [21235-0001]
1-800-772-1213
**Official capacity**

**Nancy A. Berryhill**
6401 Security Blvd.
Baltimore, Maryland [21235-0001]
**Individual capacity**

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, I may sue state or local officials for the "deprivation of any

rights, privileges, or immunities secured by the Constitution and [federal laws]." Under



Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971), I may sue federal officials for the violation of certain constitutional rights.

A.  Federal Official(s) (a Bivens claim)

Suing under Bivens these are my Rights that are being violated. International Covenant on Civil and Political Right(s); and Constitutional Right(s).

**Count 1.**     U.S. Reservations, Declarations, and Understandings

International Covenant on Civil and Political Rights
138 Cong. Rec. S4781-01

**II.** The Senate's advice and consent is subject to the following understandings, which shall apply to the obligations of the United States under this Covenant:

... **(5)** That the United States understands that this Covenant shall be implemented by the Federal Government to the extent that it exercises legislative and judicial jurisdiction over the matters covered therein, and otherwise by the state and local governments; to the extent that state and local governments exercise jurisdiction over such matters, the Federal Government shall take measures appropriate to the Federal system to the end that the competent authorities of the state or local governments may take appropriate measures for the fulfillment of the Covenant.

**III.** The Senate's advice and consent is subject to the following declarations: (1) That the United States declares that the provisions of Articles 1 through 27 of the Covenant are not self-executing.

**Count 2.**          II)          International Covenant on Civil and Political Rights.

Part I

Article 1

**1.** All peoples have the right of self-determination. By virtue of that right they freely determine their political status and freely pursue their economic, social and cultural development.

**Count 3.**          **2.** All peoples may, for their own ends, freely dispose of their natural wealth and resources without prejudice to any obligations arising out of international economic co-operation, based upon the principle of mutual benefit, and international law. In no case may a people be deprived of its own means of subsistence.

**Count 4.**                                              Article 2

2. Where not already provided for by existing legislative or other measures, each State Party to the present Covenant undertakes to take the necessary steps, in accordance with its constitutional processes and with the provisions of the present Covenant, to adopt such laws or other measures as may be necessary to give effect to the rights recognized in the present Covenant.

**Count 5.**                                              Article 5

1. Nothing in the present Covenant may be interpreted as implying for any State, group or person any right to engage in any activity or perform any act aimed at the destruction of any of the rights and freedoms recognized herein or at their limitation to a greater extent than is provided for in the present Covenant.

**Count 6.**                                              Article 47

Nothing in the present Covenant shall be interpreted as impairing the inherent right of all peoples to enjoy and utilize fully and freely their natural wealth and resources.

Constitution of Florida; Article 1, Declaration of Rights.

**Count 7.**      Section 1. That all freemen, when they Form a social compact, are equal; and have certain inherent and indefeasible rights, among which are those of enjoying and defending life and liberty; of acquiring, possessing, and protecting property and reputation; and of pursuing their own happiness.

**Count 8.**      Section 2. That all political power is inherent in the people, and all free governments are founded on their authority, and established for their benefit; and, therefore, they have, at all times, an unalienable and indefeasible right to alter or abolish their Form of government, in such manner as they may deem expedient.

**Count 9.**      Void Contract signed by a minor. I was 14 years old in (06-17-1982) when I filled the Social Security SS-5 Form a minor. Contracts signed by a minor are not legally enforceable.

**Count 10.**      Treaty of Peace and Friendship 1787

Article 3. If either of the parties shall be at war with any nation whatever and take a prize belonging to that nation, and there shall be found on board subjects or effects

belonging to either of the parties, the subject shall be set at liberty and the effect returned to the owner. And if any goods belonging to any nation, with whom either the parties shall be at war, shall be loaded on vessels belonging to the other party, they shall pass free and unmolested without any attempt being made to take or detain them.

**C)** Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia."42 U.S.C. § 1983.

**Count 1.** Individuals cannot voluntarily end their participation in the program.

**Count 2.** Unless specifically exempt by law, everyone working in the United States must pay social security taxes.

**Count 3.** The law requires the social security administration to maintain records of workers' earnings and to establish any other records necessary to carry out our responsibilities under the social security act.

**Count 4.** Once you have a social security number, we cannot cancel or destroy the record.

**Count 5.** We will not respond further to your correspondence about voluntary participation in the social security program or the withdrawal of social security taxes.

**Count 6.** Social Security Administration signature.

## III.    Statement of Grievances

A. Grievance occurred at 1515 10th Avenue East; Palmetto, Land of Flowers-[Floride].

B. The date the grievance occurred is January 07, 2019.

C. The Facts of the Grievances are;

On January 7, 2019 I sent, (1). Legal Notice of Resignation from Social Security and Demand for Rebuttal;

2. Social Security Form 521;

3. I.R.S. Form 56 with Actual and Constructive Legal Notice Attached;

4. Application for social Security Card Form SS-5;

5. Verification of Identity by Public Official

6. Affidavit to Correct the Record to Rescind All Signatures on All Social Security Form SS-5 to;

**Nancy A. Berryhill:** Office of the Commissioner, Social Security Administration 6401 Security Blvd. Baltimore, MD 21235-0001 Certified Mail # 70180360000221629698;

**David J. Kautter:** Office of Commissioner Internal Revenue Service 1111 Constitution Ave N W Washington, DC 20224 Phone: 202-622-9511 Certified Mail # 70180360000221636009;

**Ms. Edwards/Supervisor:** Social Security Administration Suite 100, 5540 S.R. 64 East Bradenton, Florida 34208 Certified Mail # 70180360000221629681

**Jeffrey V. Austin/or daily Course of Business Supervisor:** Internal Revenue Service 5971 Cattleridge Blvd Sarasota, Florida 34232. Certified Mail # 70180360000221635996.

The "Legal Notice of Resignation from Social Security and Demand for Rebuttal" states the details of my Decree concerning this withdrawal.

"I am writing you this letter because I have never been eligible to participate in the social security program: (1) I never explicitly consented to participate; (2) I was lied to about the effects of participation;(3) I never maintained a legal domicile in the "United States" as defined in the current Social Security Act section 1101(a) (2) and 42 U.S.C. 1301(a) (2) as required by 20 CFR 422 .104. I therefore permanently and irrevocably demand to terminate participation and any number that was unlawfully issued under the program and all contributions illegally withheld or sent in to be returned to me.

The Social Security Act is under 42 U.S.C. 666. My decision to withdraw is permanent, final and irrevocable.

Mrs. Berryhill, the Social Security number that was issued for DARRYL-LORAYE: WILLIAMS is [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], issued to the ALL CAPITUL NAME. Enclosed "Social Security Administration Form ss-5" is provide in accordance with 20 CFR 422.110(a), which stipulates that any change to an original social security application can only be accomplished using social security Form ss-5.

SSA POMS section GN 00206.100 necessitates those who have received benefits before withdrawal pay them back, as I have not received any benefits from you there is nothing to pay back under POMS GN 00206.100. If you feel this statement is made in error and you believe that I owe any money, then please deduct what you believe was paid to me from the amount I paid you and send me the difference. Therefore, I demand that you pay

back the unused portion of the premiums that were involuntarily paid to you through my compelled participation in the program. The enclosed " IRS Form 56" removes me formally, legally, and officially from liability as the trustee of the trust and necessitates that your records respect said correspondingly to ensure that I do not receive any more notices or statements, or become the object of an lawful IRS collections directed at the Social Security Trust and its trustee.

I also desire that you designate the original SS-5 application as not eligible and reject the application with a correspondence on SSA letterhead. I now know the original SS-5 application to be fallacious, false, fraudulent and perjurious and hence in need of replacement, not change. I was not aware of this at the time of application but I am aware NOW and I have a duty to notify you of this facts. The application was submitted from me as a minor, the age of majority had not been reached and my parents can't contract on my behalf.

My mother and father do not have an "ssn" as indicated in block 9 and 10 of the SS-5 Form. 20 CFR 442.103(d) and the back of the SS card both specifically express that the card and its associated number are the property of the SSA and not the holder and must be returned upon request. I declare without waiver that I am not and never have been a public officer in/of the U.S. government. Block 5, the Citizenship block, was unintentionally falsified. I am not and never have been a Statuary "national and citizen of the United States at birth" per 8 U.S.C. 1401, 26 U.S.C. 3121(e), or 26 C.F.R. 1.1-1(c). I am a "Non-citizen National" alien throughout federal law. As records on file I now know to be false, if you refuse to change them, then you are "causing to be furnished" false information as indicated on the Form. Causing me to unlawfully remain liable for the compulsions associated with a public office that I do not lawfully hold also constitutes criminal witness tampering under 18 U.S.C. 1512. By offering to let me remain in said illegitimate office knowingly it is felonious and illegal to do so. In compliance with 26.C.F.R. 301.6109-1(1) (i), I request that in the records and databases of the IRS and the SS Administration, designate that the SS number associated with the Civiliter mortuus, defunct, dead" trustee" be assigned its correct status as belonging to legally deceased

"non-resident alien" who is not engaged in a "trade or business", which is described in 26 C.F.R. 1.871-1(b). Treasury regulation 26 C.F.R. 301.6109-1(g)(1)(i) states that; persons are entitled as a matter of law, to request that the IRS designate and classify the fact that a SS number belongs to a nonresident alien. This request is not consent or agreement that I owe or control said number, or that assumed number refers to me personally or private. The fact remains that the SSA owns the number and the trust is legally dead as it is without a consciousness currently, as the trustee has never filled his office consensually, lawfully, or knowingly.

I am a "Non-resident alien" Non-individual not engaged in a trade or business" as defined in 26 C.F.R. 1.871-1(b) 1(i), understand now that I always have been and expect to permanently act as one indefinitely into the future. The Treasury regulations as stated above affirm that non-resident aliens, me included, are permitted to request that the IRS assign non-resident alien status to the SS number allocated.

I am a "stateless person" and a transient foreigner" with a legal domicile not with any "state" as defined in 28 U.S.C. 1332(d), 4 U.S.C. 110(d), or 26 U.S.C. 7701(a)(10). All such "stateless persons" are out subject to the jurisdiction of any federal court as they are domiciled outside of the general jurisdiction of the federal government. Therefore, as I am not an "individual" nor do I consent to act in such a capacity, you may not lawfully use such a number against me.

My estate and the property there of is a "foreign state" as described in 26 U.S.C. 7701(a)(31) and I live in a "foreign state", as defined in 28 U.S.C. 1332(d), which is what all states of the Union are. Therefore, under 28 U.S.C. 1332, the federal government may not lawfully assert diversity of citizenship jurisdiction over me or my estate.

The following facts stipulated herein this correspondence govern my current and further legal relationship with the IRS, the Social Security Administration, under FRCP 8(b) (6) a failure to deny these facts within 30 days of sending this document shall constitute an affirmation admission of their truthfulness. 26 U.S.C. 6065 requires that all denials are required to be signed under penalty of perjury by the person denying, and that the person denying must have a personal knowledge of the facts indicated. Administrative

Procedures Act, 5 U.S.C. 556(d) and 26 U.S.C. 7491 stipulate that you as the moving party declaring a position conflicting to the law documented herein have the burden of proving the facts and statements made herein are false. In accordance with the IRS Internal Revenue Manual (IRM) section 4.10.7.2.8 that states that IRS publications may not be cited to sustain a position your evidence may not come from any such IRS publication(s). People can voluntarily end their participation in the program because the SSA offers the SSA Form 521 and procedures for quitting in the POMS section GN 00206.000. There is no such law that exists or legal authority to deny withdrawal. If there is; all I want is the statute and the implementing regulation that authorizes you to have legal authority to deny withdrawal.

As you, a "public servant" is here to serve the public and I am the public, you are here to serve me. I reasonably expect you to follow the law and be just as responsible to answer to the law for you say as I myself would be.

Again, I am withdrawing from the Social Security Administration. If it is decided that you will not honor this request, I demand that you rebut this documentation point in full and that any responsive correspondence clearly establish an answer for your violations of law and your willful decision to exceed your lawful delegated authority."

In addition the, "ACTUAL A CONSTRUCTIVE LEGAL NOTICE U.C.C. 1-201(25) (26) (27): Alongside IRS Form 56" states;

"PUBLIC NOTICE: Filing of this and related instruments upon the U.C.C Commercial Registry constitutes "lawful", open, notorious, public notice of the subject matter executed an presented in good faith U.C.C. 1-201(19); U.C.C. 1-203 to the UNITED STATES, i.e. 28 U.S.C. 3002(15)(A): U.C.C. 9-307(8); U.S.C.A. Const. Art: 1:8:17-18, by the real party in interest; Secured Party of record an Holder-in-due-Course(HDC) of this and all related documents and instruments.

TAKE SPECIAL NOTICE from my "Lawful" private Trust jurisdiction [as defined within, 26 U.S.C. 7701(A) (31); 8 U.S.C. 1101(A)(14); 28 U.S.C. 1603(B)(3)] That I am "Non-Assumpsit", and "Non-Domestic" and "Non-Federal", in regards to the UNITED STATES and/or any of its " Constitutes STATES" incorporated thereof, e.g., inter alia, but not

limited to ALL states, and the alike; and also in regards the UNITED NATIONS, as well as to England and Russia... This Document when executed by my autograph alone; will stand as un-rebuttable evidence of my resignation of compelled Social Security Trustee/Transferee. Noting: that Congress cannot create a trade or business, i.e. "as defined within 26 U.S.C. 7701(A)(26);" Within a state in order to tax it; see: inter alia, License tax cases, 72 U.S.462, 18 L.E.497(1866); M'Ilvaine V. Coxe's Lessee, 8U.S. 209; 2 L.E. 598(1808); and Yick Wo V. Hopkins, 118 U.S. 356, 6 S. Ct. 1064(1866). The real party in interest/Secured Party of the incorporated Fed. R. Civ. P. 10(c) private agreement number I hereby duly "ACCEPT FOR VALUE" (BA). The Social Security Card/Account with claim 11U.S.C. 101(5) and (Special) Maritime Lien upon all related accounts both general and special; as defined in this afore said Notice without prejudice, for cause."

On January 18, 2019 Social Security Administration wrote a note stating. "Dear Mr. Williams:

Thank you for your January 7, 2019 letter about the Social Security program. Unless specifically exempt by law, everyone working in the United States must pay Social security taxes. An individual must voluntarily file an application to receive Social Security benefits. The law requires the Social Security Administration to maintain records of workers' earnings and to establish any other records necessary to carry out our responsibilities under the Social Security Act. We created the Social Security number to keep an accurate record of each individual's earnings and subsequently to monitor benefits paid under the Social Security program. Since many individuals have the same name, or change their name, we needed a reliable and permanent system to distinguish one individual from another in our records. Once you have a social security number, we cannot cancel or destroy the record. The Supreme Court has upheld the constitutionality of the Social Security Act. We will not respond further to your correspondence about voluntary participation in the Social Security program or the withdrawal of Social Security taxes. ...

*Social Security Administration.*"

On February 14, 2019 I mailed an Affidavit for Right to Defend My Rights to:

[Nancy A. Berryhill: Office of the Commissioner, Social Security Administration 6401 Security Blvd. Baltimore, MD 21235-0001 Certified Mail # 7018 1830 0000 4625 2546

**David J. Kautter:** Office of Commissioner Internal Revenue Service 1111 Constitution Ave N W Washington, DC 20224 Phone: 202-622-9511 Certified Mail # 7018 1830 0000 4625 2539

**Ms. Edwards/Supervisor:** Social Security Administration Suite 100, 5540 S.R. 64 East Bradenton, Florida 34208 Certified Mail # 7018 1830 0000 4625 2553

**Jeffrey V. Austin/or daily Course of Business Supervisor:** Internal Revenue Service 5971 Cattleridge Blvd Sarasota, Florida 34232. Certified Mail # 7018 1830 0000 4625 2522].

Which states my Decree as followed "Dear Nancy A. Berryhill:

I Loraye Blackeagle/Authorized Representative-Beneficiary, of the transmitted utility all capital name [DARRYL-LORAYE: WILLIAMS©] [SSN 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] am responding to a January 18, 2019; INCOMPLETE INSTRUMENT (UCC § 3-115) I received [was not signed by a living human man or woman and not the Demand for Rebuttal I required]. Ms. Berryhill, I have Creator [God] giving right to rescind my signature from any null and void contract that was signed when I was a minor (14 years old: 06-17-1982) and is void ab initio. Contracts signed by minors are not legally enforceable. Your [INCOMPLETE INSTRUMENT] is your testimony that you neither respects me or the solemn oath you made and that you DID NOT READ THE INFORMATION that you received.

I Loraye Blackeagle/ (fictitious name-DARRYL-LORAYE: WILLIAMS©) a living Moorish Yat'Siminoli [*Indian*] American titled sovereign freeman [we the people], having Creator[Elohim] giving Rights, International Rights, and fundamental freedom. A sovereign cannot be tried in their own court, and I will only make a special appearance in any jurisdiction. And these are my Common Law Right and Natural Rights that have been expressed. And you are under obligation as being a state party member to this covenant to respect my Rights. And these Rights come from your own Constitution. And you are violating my International Rights, fundamental freedom and Constitutional rights:

U.S. Reservations, Declarations, and Understandings

International Covenant on Civil and Political Rights

138 Cong. Rec. S4781-01

II. The Senate's advice and consent is subject to the following understandings, which shall apply to the obligations of the United States under this Covenant:

... (5) That the United States understands that this Covenant shall be implemented by the Federal Government to the extent that it exercises legislative and judicial jurisdiction over

the matters covered therein, and otherwise by the state and local governments; to the extent that state and local governments exercise jurisdiction over such matters, the Federal Government shall take measures appropriate to the Federal system to the end that the competent authorities of the state or local governments may take appropriate measures for the fulfillment of the Covenant.

III. The Senate's advice and consent is subject to the following declarations:

(1)     That the United States declares that the provisions of Articles 1 through 27 of the Covenant are not self-executing.

International Covenant on Civil and Political Rights

Article 1

1. All peoples have the right of self-determination. By virtue of that right they freely determine their political status and freely pursue their economic, social and cultural development.

2. All peoples may, for their own ends, freely dispose of their natural wealth and resources without prejudice to any obligations arising out of international economic co-operation, based upon the principle of mutual benefit, and international law. In no case may a people be deprived of its own means of subsistence.

Article 2

2. Where not already provided for by existing legislative or other measures, each State Party to the present Covenant undertakes to take the necessary steps, in accordance with its constitutional processes and with the provisions of the present Covenant, to adopt such laws or other measures as may be necessary to give effect to the rights recognized in the present Covenant.

Article 5

1. Nothing in the present Covenant may be interpreted as implying for any State, group or person any right to engage in any activity or perform any act aimed at the destruction of any of the rights and freedoms recognized herein or at their limitation to a greater extent than is provided for in the present Covenant.

Article 47

Nothing in the present Covenant shall be interpreted as impairing the inherent right of all peoples to enjoy and utilize fully and freely their natural wealth and resources.

Constitution of Florida

ARTICLE I.

Declaration of Rights.

That the great and essential principles of liberty and free government may be recognized and established, we declare:

**Section 1**. That all freemen, when they Form a social compact, are equal; and have certain inherent and indefeasible rights, among which are those of enjoying and defending life and liberty; of acquiring, possessing, and protecting property and reputation; and of pursuing their own happiness.

**Section 2**. That all political power is inherent in the people, and all free governments are founded on their authority, and established for their benefit; and, therefore, they have, at all times, an inalienable and indefeasible right to alter or abolish their Form of government, in such manner as they may deem expedient.

Be it known to all, in the nature of UCC 671-207 that I reserve my natural common law rights not to be compelled to perform under any contract that I did not enter into knowingly, voluntarily, and intentionally and furthermore, I do not accept the "benefit" of any hidden or unrevealed contract or commercial agreement. As such the hidden or unrevealed contracts that supposedly create obligations to perform for person of subject status, are inapplicable to me, and are null and void. If I have participated in any of the supposed "benefit" associated with these hidden contracts, I have done so under duress, for lack of any other practical alternative. Any such participation does not constitute "acceptance" in contract law, because of the absence of full disclosure of any valid "offer" and voluntary consent without misrepresentation or coercion, under contract law.

Without a valid voluntary offer and acceptance knowingly entered into by both parties there is no meeting of the minds and therefore no valid contract.

My supposed "contract" is therefore void ab initio. Typical examples of such compelled and pretended "benefits" are:

1.      Birth Certificate.

2.      The use of an Identification number from a government agency.

3.      The use of fiat currency to discharge my debt.

4.      The use of a bank account, with my signature on the bank signature card.

5.      Past tax returns filed.

6.      The use of a driver's license.

7.      State plates on my car.

8.      Declaration of citizenship

9.      Past voters' registrations.

10.     Marriage license.

11.     Children in Public school.

12.     Use of semanties.

My use of such alleged "benefit" is under duress only, and is with full reservation of all my common law rights, I have waived NONE OF MY INTRINSIC RIGHTS AND FREEDOMS BY MY USE THEREOF. Furthermore my use of such compelled "benefits" may be temporary until better alternatives become available, practical and widely recognized. Furthermore, I hereby revoke, rescind, and make void ab initio, all powers of attorney, in fact or otherwise, implied in law or otherwise, signed by me or anyone else, as it pertains to the government identification number previously assigned to me, as it pertains to my birth certificate, or any other licenses or certificates issued by any and all government or quasi-governmental entities, due to the use of various elements of fraud by said agencies to attempt to deprive me of my Sovereignty or property.

I hereby waive, cancel, repudiate and refuse to knowingly accept any alleged "benefit" or gratuity associated with any of the aforementioned licenses, numbers, or certificates.

I do hereby revoke and rescind all power of attorney in fact or otherwise, signed by me or otherwise, implied in law or otherwise, with or without my consent or knowledge, as it pertain to any and all property, real or private, corporeal or incorporeal, obtained in the past, present, or future. I am the sole legal owner and possess allodial title to any and all such property, including but not limited to my physical human body.

Ms. Berryhill I accept your oath of office. And in your fiduciary position, I demand that you read the letter received January 7, 2019 Form me Loraye Blackeagle/beneficiary: [DBA/ DARRYL-LORAYE: WILLIAMS©] [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]; and correct my status and update all records. Also send me corresponding Forms stating my updated information and exemption from social security administration. All responds must be from a living human man or woman. Any other respondents will be returned to sender null and void. Once my records are corrected, all other entities are incompetent to manage any of my affairs and are hereby fired, fired, fired.

Any other action will be a dishonor to your oath of office. Any infringements of my guaranteed and secured rights occur on your part or by any party with whom you claim any affiliation. I will scrutinize said infringement and any injury there from pursuant to 42 USC §1983 and 18USC §241-242 at minimum, and I will proceed accordingly. FAILURE TO COMPLY WITHIN 10 DAYS OF THE RECIECPT OF THIS AFFIDAVIT WILL BE EVIDENCE OF YOUR DISHONOR."

On March 6, 2019 Social Security Administration Response to my affidavit with the following note with only a name change stating the same color of law,

"[[Dear *Mr. Blackeagle*:] Thank you for your February 14, 2019 letter about the Social Security program. Unless specifically exempt by law, everyone working in the United States must pay Social security taxes. An individual must voluntarily file an application to receive Social Security benefits. The law requires the Social Security Administration to maintain records of workers' earnings and to establish any other records necessary to carry out our responsibilities under the Social Security Act. We created the Social Security number to keep an accurate record of each individual's earnings and subsequently to monitor benefits paid under the Social Security program. Since many individuals have the same name, or change their name, we needed a reliable and permanent system to distinguish one individual from another in our records. Once you have a social security number, we cannot cancel or destroy the record. The Supreme Court has upheld the constitutionality of the Social Security Act. We will not respond further to your

correspondence about voluntary participation in the Social Security program or the

withdrawal of Social Security taxes. ... *Social Security Administration.*]"

My ancestor's die fighting for our freedoms that Andrew Saul [Ms. Berryhill] has denied

me under color of law where I have no RIGHTS! I am willing to stand and fight for my

Freedoms as well.

115TH CONGRESS

1ST SESSION

## H. R. 25

To promote freedom, fairness, and economic opportunity by repealing the income tax and other taxes, abolishing the Internal Revenue Service, and enacting a national sales tax to be administered primarily by the States.

IN THE HOUSE OF REPRESENTATIVES

January 3, 2017

Mr. Woodall (for himself, Mr. Bilirakis, Mr. Bridenstine, Mr. Brooks of Alabama, Mr. Carter of Texas, Mr. Collins of Georgia, Mr. Conaway, Mr. Culberson, Mr. DesJarlais, Mr. Duncan of Tennessee, Ms. Foxx, Mr. Franks of Arizona, Mr. Graves of Missouri, Mr. Graves of Georgia, Mr. Issa, Mr. King of Iowa, Mr. Lucas, Mr. Massie, Mr. Mullin, Mr. Olson, Mr. Pearce, Mr. Poe of Texas, Mr. Roe of Tennessee, Mr. Sanford, Mr. Walberg, Mr. Yoho, Mr. Young of Alaska, Mr. Emmer, Mr. Ratcliffe, Mr. Jody B. Hice of Georgia, Mr. Loudermilk, Mr. Carter of Georgia, Mr. Chabot, Mr. Bishop of Utah, and Mr. Posey) introduced the following bill; which was referred to the Committee on Ways and Means

A BILL

To promote freedom, fairness, and economic opportunity by repealing the income tax and other

taxes, abolishing the Internal Revenue Service, and enacting a national sales tax to be

administered primarily by the States.

Be it enacted by the Senate and House of Representatives of the United States of America in

Congress assembled,

SECTION 1. SHORT TITLE; TABLE OF CONTENTS.
(a) Short Title.—This Act may be cited as the "FairTax Act of 2017".

SEC. 2. CONGRESSIONAL FINDINGS.
(a) Findings Relating To Federal Income Tax.—Congress finds the Federal income tax—
(1) retards economic growth and has reduced the standard of living of the American public;
(2) impedes the international competitiveness of United States industry;
(3) reduces savings and investment in the United States by taxing income multiple times;
(4) slows the capital formation necessary for real wages to steadily increase;
(5) lowers productivity;
(6) imposes unacceptable and unnecessary administrative and compliance costs on individual and business taxpayers;
(7) is unfair and inequitable;
(8) unnecessarily intrudes upon the privacy and civil rights of United States citizens;
(9) hides the true cost of government by embedding taxes in the costs of everything Americans buy;
(10) is not being complied with at satisfactory levels and therefore raises the tax burden on law abiding citizens; and
(11) impedes upward social mobility.

(b) Findings Relating To Federal Payroll Taxes.—Congress finds further that the Social Security and Medicare payroll taxes and self-employment taxes—

(1) raise the cost of employment;

(2) destroy jobs and cause unemployment; and

(3) have a disproportionately adverse impact on lower income Americans.

(c) Findings Relating To Federal Estate And Gift Taxes.—Congress finds further that the Federal estate and gift taxes—

(1) force family businesses and farms to be sold by the family to pay such taxes;

(2) discourage capital formation and entrepreneurship;

(3) foster the continued dominance of large enterprises over small family-owned companies and farms; and

(4) impose unacceptably high tax planning costs on small businesses and farms.

## IV.    Injuries

Injuries I sustained related to the events above: 1.Restraints to my Liberties;

2.Compensatory Damages; 3.Mental Anguish and Suffering; and 4.Emotional Distress.

## V.    **Relief**

A true ledger of accounting of the sum-certain amount in the accounts that are

owed, and Subrogation of all bonds and accounts that are in the name for

DARRYL L. WILLIAMS- Social Security number [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] for the return of my

Moorish estate!

Violation of the International Covenant on Civil and Political Rights after being warned,

It is Andrew Saul's job and oath of Office to uphold the Constitution and Laws of the

land, and to protect the People's Rights.

Count1. Seven Million Dollars- $7,000,000.00

Count 2. Seven Million Dollars- $7,000,000.00

Count3. Seven Million Dollars- $7,000,000.00

Count4. Seven Million Dollars- $7,000,000.00

Count 5. Seven Million Dollars- $7,000,000.00

Count 6. Seven Million Dollars- $7,000,000.00

Violation of my Constitutional Rights after being warned,

Count 7. Ten Million Dollars- $10,000,000.00

Count 8.  Ten Million Dollars- $10,000,000.00

Count 9. Thirty Million Dollars- $30,000,000.00

Violation of the Treaty of Peace and friendship,

Count 10. Thirty Million Dollars- $30,000,000.00.

In Ms. Berryhill individual capacity under color of Law.

Count 1. One Million Dollars- $1,000,000.00

Count 2.  One Million Dollars- $1,000,000.00

Count 3. One Million Dollars- $1,000,000.00

Count 4. One Million Dollars- $1,000,000.00

Count 5. One Million Dollars- $1,000,000.00

Count 6. One Million Dollars- $1,000,000.00

Mandatory Injunction: **(1)**. for irreparable harm has already happened, Ms. Berryhill has stated, " We will not respond further to your correspondence about voluntary participation in the Social Security program or the withdrawal of Social Security taxes." I wish never to correspond with Social Security again either; what's known to the principle is known to the agent, what's known to the agent is known to the principle.

**(2)**. I have a clear legal right to the injunction; Bill of rights Amendment IV:" The right of the people to be secure in their persons, house, papers, and effects, against unreasonable searches and seizures, shall not be violated, and no Warrants shall issue, but upon probable cause, supported by Oath or affirmation..." **(3)**. And the remedy at law is inadequate; please restrain the party from harassing, hurting, or molesting me, on June 5, 2018 I was denied a driver's license at 904 -301 Blvd. West Bradenton, Florida [34205] for not having or willing to use a Social Security number. Place me on the "MANDATORY, RESTRICTIVE INJUNCTION: DO NOT STOP DO NOT DETAIN, for all agents federal, state or local authority; what's known to the principle is known to the agent what's known to the agent is known to the principal."

## VI. Notary and Closing

**A.** For Parties Without an Attorney

I agree to provide the Clark's with any changes to my address where case-related may be served. I know that my failure to keep a current address on file with the Clerk's Office may result in the delaying of my case without prejudice.

I Declare under penalty of perjury under the laws of the united States of America that the foregoing is true and correct. Executed this _____11th_____ day of March 2020.

Autograph of authorized Representative: All Rights reserved and retained; Non-Domestic; Non-Assumpsit

_____Lorraye Blackeagle_____.

Printed Name of authorized Representative: All Rights reserved and retained; Non-Domestic; Non-Assumpsit

·Lorraye Blackeagle·
For Plaintiff: DARRYL L. WILLIAMS©

## Acknowledgement

County of Hillsborough, State of Floride Republic subscribed and stated before me this_____

day of March 2020. By _____.

Type of identification produced: _____.

Witness my hand and Official Seal_____.
                                            Notary Public

Commission Expires On: _____.