### UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

DARRYL L. WILLIAMS,

     Plaintiff,

v.                                                              Case No: 8:20-cv-574-T-30CPT

ANDREW M. SAUL,
Commissioner of Social Security, and
NANCY A. BERRYHILL,
in her private capacity,

     Defendants.

_____

## <u>ORDER</u>

**THIS CAUSE** came on for consideration upon the Report and Recommendation submitted by Magistrate Judge Christopher P. Tuite (Dkt. 12).  The Court notes that neither party filed written objections to the Report and Recommendation and the time for filing such objections has elapsed.

After careful consideration of the Report and Recommendation of the Magistrate Judge in conjunction with an independent examination of the file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

**ACCORDINGLY**, it is therefore, **ORDERED AND ADJUDGED**:

1.    The Report and Recommendation (Dkt. 12) of the Magistrate Judge is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2.      Plaintiff's request to appeal *in forma pauperis* (Dkt. 11) is DENIED.

3.       The Clerk of Court is directed to notify the Court of Appeals of its ruling in

accordance with Rule 24(a)(4) of the Federal Rules of Appellate Procedure.

**DONE** and **ORDERED** in Tampa, Florida, this 5th day of October, 2020.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

<u>**Copies Furnished To**</u>:
Counsel/Parties of Record